**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NOLA FINE ART, INC. &** | * | **CIVIL ACTION NO.:  13-4904** |
| **MICHAEL HUNT** | * | |
| | * | **JUDGE:  SARAH VANCE** |
| **Plaintiff,** | * | |
| | * | **MAGISTRATE:  KAREN WELLS ROBY** |
| **Versus** | * | |
| | * | |
| **DUCKS UNLIMITED, INC.** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' STATEMENT OF CONTESTED FACTS
CONCERNING REC. DOCS. 39-2 and 40-2**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, NOLA Fine Art, Inc. and Michael Hunt, who respectfully submit this Statement of Contested Facts concerning defendant Ducks Unlimited, Inc.'s   ("DU") "*Motion for Partial Summary Judgment on the Plaintiffs' Cause of Action for Fraud*" [Rec. Doc. 39] and "*Motion for Partial Summary Judgment on the Plaintiffs' Cause of Action Under the Louisiana Unfair Trade Practices Act*" [Rec. Doc. 40].

Claim for Fraud (Rec. Doc. 39)

1. Denied.  See Exhibit A, ¶ 12 and Exhibit D, DU-0111-12.

2. Denied.  Further, this is a legal conclusion, not a statement of uncontested fact.

3. Denied.  Further, this is a legal conclusion, not a statement of uncontested fact.

4. Denied.  See Exhibit A, ¶ 12.

5. Denied.  This is an unsubstantiated conclusion with no basis in fact.

6. Denied.  See Exhibit A, ¶8.

1

<u>Claim under the Louisiana Unfair Trade Practices Act (Rec. Doc. 40)</u>

1. Denied.  See Exhibit A, ¶¶ 1 and 15.

2. Denied.  See Exhibit A, ¶¶ 1 and 15.

3. Denied.  See Exhibit A, ¶¶ 1 and 15.

4. Although these words are not used in the Complaint as to the Defendant, see Exhibit A, ¶¶ 1 and 15.

5. Denied.  See Exhibit A, ¶ 16.

Respectfully submitted,

/s/*Brad E. Harrigan*
Brad E. Harrigan (La. Bar No. 29592)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504)568-1990
Facsimile:  (504)310-9195
E-Mail:  bharrigan@lawla.com

And

JESSE B. HEARIN, III (Bar No. 22422)
ATTORNEY AT LAW
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
Telephone:  (985)639-3377
E-mail:  jbhearin@hearinllc.com

**Counsel for NOLA Fine Art, Inc. and Michael Hunt**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Brad E. Harrigan*
Brad E. Harrigan
